**Caribou Biosciences, Inc. (CRBU)**  **Doug Greenhalgh**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 8/16/2022 | 50 | $11.7600 |
| Purchase | 8/16/2022 | 50 | $12.0000 |
| Purchase | 8/16/2022 | 200 | $11.3000 |
| Purchase | 8/16/2022 | 44 | $10.8150 |
| Purchase | 8/16/2022 | 656 | $10.8395 |
| Purchase | 8/16/2022 | 50 | $11.0000 |
| Purchase | 8/16/2022 | 50 | $11.2296 |
| Purchase | 8/16/2022 | 50 | $11.4900 |
| Purchase | 8/16/2022 | 850 | $11.3700 |
| Purchase | 8/17/2022 | 1,000 | $10.0800 |
| Purchase | 8/24/2022 | 400 | $11.1500 |
| Purchase | 9/12/2022 | 100 | $12.4900 |
| Purchase | 9/12/2022 | 202 | $12.4955 |
| Purchase | 9/12/2022 | 698 | $12.6400 |