JONATHAN A. SHAPIRO (SBN 257199)
jshapiro@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: +1.415.733.6000
Fax: +1.415.677.9041

JENNIFER BURNS LUZ (*pro hac vice forthcoming*)
jluz@goodwinlaw.com
ADAM SLUTSKY (*pro hac vice forthcoming*)
aslutsky@goodwinlaw.com
KATHERINE G. MCKENNEY (*pro hac vice forthcoming*)
kmckenney@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02110
Tel: +1.617.570.1000
Fax: +1.617.523.1231

*Attorneys for Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUG GREENHALGH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, and NATALIE R. SACKS,<br><br>Defendants. | C.A. No. 3:23-cv-00609-VC<br><br>**STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT (CIV. L.R. 6-1)** |

Pursuant to Civil L.R. 6-1(a), Plaintiff Doug Greenhalgh ("Plaintiff") and Defendants Caribou Biosciences, Inc., Rachel E. Haurwitz, Jason V. O'Byrne, Ryan Fischesser, Scott Braunstein, Andrew Guggenhime, Jeffrey Long-McGie, and Natalie R. Sacks (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff commenced this action by filing a complaint on February 10, 2023 (the "Complaint") (Dkt. No. 1). The Complaint asserts claims under Sections 11 and 15 of the Securities Act of 1933 and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, on behalf of a purported class;

WHEREAS, Defendants hereby waive service of the summons and Complaint, subject to any defenses or objections that any Defendant may assert, including to the Court's jurisdiction and the venue of this action, all of which defenses and objections are hereby preserved, except a defense as to the sufficiency of service of the summons and Complaint and the form of the summons;

WHEREAS, the claims brought against Defendants are governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Under the PSLRA, "not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class." 15 U.S.C. §§ 77z-1(a)(3)(A)(i)(II), 78u-4(a)(3)(A)(i)(II);

WHEREAS, on February 10, 2023, Plaintiff's counsel published a notice on *Globe Newswire* alerting investors to the pendency of the above-captioned action and informing them of the 60-day deadline to seek appointment as lead plaintiff, which is April 11, 2023;

WHEREAS, given the possibility that the Court-appointed lead plaintiff may desire to file an amended complaint, the parties agree (i) that it would be inefficient and a waste of resources to require Defendants to respond to any complaint prior to the Court's appointment of lead plaintiff and the filing, if any, of an amended complaint by lead plaintiff, and (ii) that within fourteen (14) days after the appointment of lead plaintiff and approval of lead counsel, lead counsel and counsel

for Defendants will confer and submit a proposed schedule for filing an amended complaint, if any, and Defendants' response to the operative complaint.

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, pursuant to Local Rule 6-1(a), to enlarge the time to respond to the Complaint until the Court's appointment of lead plaintiff and the filing, if any, of an amended complaint by lead plaintiff.

IT IS FURTHER STIPULATED AND AGREED by Plaintiff and Defendants that within fourteen (14) days after the appointment of lead plaintiff and approval of lead counsel, lead counsel and counsel for Defendants will confer and submit a proposed schedule for filing an amended complaint, if any, and Defendants' response to the operative complaint.

**IT IS SO STIPULATED AND AGREED**.

Dated: February 27, 2023

| | |
|---|---|
| DOUG GREENHALGH, Individually and on Behalf of All Others Similarly Situated | CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, and NATALIE R. SACKS |
| By their attorneys, | By their attorneys, |
| /s/ Jennifer Pafiti | /s/ Jonathan A. Shapiro |
| Jennifer Pafiti (SBN 282790) | Jonathan A. Shapiro (SBN 257199) |
| POMERANTZ LLP | GOODWIN PROCTER LLP |
| 1100 Glendon Avenue, 15th Floor | Three Embarcadero Center |
| Los Angeles, CA 90024 | San Francisco, CA 94111-4003 |
| Telephone: (310) 405-7190 | Tel: +1.415.733.6000 |
| jpafiti@pomlaw.com | Fax: +1.415.677.9041 |
| | jshapiro@goodwinlaw.com |
| Jeremy A. Lieberman (*pro hac vice forthcoming*) | Jennifer Burns Luz (*pro hac vice forthcoming*) |
| J. Alexander Hood II (*pro hac vice forthcoming*) | Adam Slutsky (*pro hac vice forthcoming*) |
| POMERANTZ LLP | Katherine McKenney (*pro hac vice forthcoming*) |
| 600 Third Avenue, 20th Floor | GOODWIN PROCTER LLP |
| New York, NY 10016 | 100 Northern Avenue |
| Telephone: (212) 661-1100 | Boston, MA 02110 |
| Facsimile: (917) 463-1044 | Tel: +1.617.570.1000 |
| jalieberman@pomlaw.com | Fax: +1.617.523.1231 |
| ahood@pomlaw.com | jluz@goodwinlaw.com |
| | aslutsky@goodwinlaw.com |
| | kmckenney@goodwinlaw.com |

**ATTORNEY ATTESTATION**

I, Jonathan A. Shapiro, hereby attest, pursuant to Civil L.R. 5-1(h)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

_/s/ Jonathan A. Shapiro_
Jonathan A. Shapiro

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2023, I electronically filed the above document with the U.S. District Court for the Northern District of California by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

_/s/ Jonathan A. Shapiro_
Jonathan A. Shapiro

*Counsel for Defendants*
