# Exhibit 1



NEWSROOM   SERVICES ⌄   CONTACT US   FRANÇAIS   SIGN IN   REGISTER

# Pomerantz Law Firm Announces the Filing of a Class Action Against Caribou Biosciences, Inc. and Certain Officers and Directors – CRBU

February 10, 2023 21:04 ET | Source: **Pomerantz LLP**    Follow







NEW YORK, Feb. 10, 2023 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Caribou Biosciences, Inc. ("Caribou" or the "Company") (NASDAQ: CRBU) and certain officers and directors.   The class action, filed in the United States District Court for the Northern District of California, and docketed under 23-cv-00609, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired: (a) Caribou common stock pursuant and/or traceable to the Offering Documents (defined below) issued in connection with the Company's initial public offering conducted on or about July 23, 2021 (the "IPO" or "Offering"); and/or (b) Caribou securities between July 23, 2021 and December 9, 2022, both dates inclusive (the "Class Period").   Plaintiff pursues claims against the Defendants under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased or otherwise acquired (a) Caribou common stock pursuant and/or traceable to the Offering Documents issued in connection with the Company's IPO, and/or (b) Caribou securities during the Class Period, you have until April 11, 2023 to ask the Court to appoint you as Lead Plaintiff for the class.   A copy of the Complaint can be obtained at www.pomerantzlaw.com.     To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

4/10/23, 1:01 PM
Case 3:23-cv-00609-VC Document 11-2 Filed 04/11/23 Page 3 of 6
Pomerantz Law Firm Announces the Filing of a Class Action



internationally. The Company is developing, among other product candidates, CB-010, an allogeneic anti-CD19 CAR-T cell therapy[1] that is in a Phase 1 clinical trial, referred to as "ANTLER", to treat relapsed or refractory B cell non-Hodgkin lymphoma ("r/r B-NHL"). [1] Anti-CD19 CAR-T cells are administered as a type of therapy for relapsed/refractory aggressive B-cell lymphomas (*i.e.*, cancers that start in the lymph system).]

According to Defendants, CB-010 is the first clinical-stage allogeneic anti-CD19 CAR-T cell therapy with programmed cell death protein 1 ("PD-1") removed from the CAR-T cell surface by a genome-edited knockout of the *PDCD1* gene, which purportedly sets CB-010 apart from other allogeneic CAR-T cells by, *inter alia*, improving the "persistence" of antitumor activity.

On July 1, 2021, Caribou filed a registration statement on Form S-1 with the U.S. Securities and Exchange Commission ("SEC") in connection with the IPO, which, after several amendments, was declared effective by the SEC on July 22, 2021 (the "Registration Statement").

On July 23, 2021, pursuant to the Registration Statement, Caribou's common stock began publicly trading on the Nasdaq Global Select Market ("NASDAQ") under the ticker symbol "CRBU". That same day, Caribou filed a prospectus on Form 424B4 with the SEC in connection with the IPO, which incorporated and formed part of the Registration Statement (the "Prospectus" and, collectively with the Registration Statement, the "Offering Documents").

Pursuant to the Offering Documents, Caribou issued 19 million shares of common stock to the public at the Offering price of $16.00 per share for proceeds of $282.72 million to the Company, before expenses, and after applicable underwriting discounts.

The Offering Documents were negligently prepared and, as a result, contained untrue statements of material fact or omitted to state other facts necessary to make the statements made not misleading and were not prepared in accordance with the rules and regulations governing their preparation. Additionally, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, the Offering Documents and Defendants made false and/or misleading statements and/or failed to disclose that: (i) CB-010's treatment effect was not as durable as Defendants



were materially false and/or misleading and failed to state information required to be stated therein.

On June 10, 2022, Caribou issued a press release reporting "[p]ositive" data from the ANTLER Phase 1 clinical trial. Among other results, Caribou reported that "[a]t 6 months following the single dose of CB-010, [only] 40% of patients remained in CR [complete response] (2 of 5 patients) as of the May 13, 2022 data cutoff date", prompting investor concern over the durability of the CB-010 treatment.

On this news, Caribou's stock price fell $1.78 per share, or 20.41%, to close at $6.94 per share on June 10, 2022.

Then, on December 12, 2022, Caribou issued a press release "report[ing] new 12-month clinical data from cohort 1 in the ongoing ANTLER Phase 1 trial, which [purportedly] show[ed] long-term durability following a single infusion of CB-010 at the initial dose level 1 (40x106 CAR-T cells)." Among other results, Caribou reported that "3 of 6 patients maintained a durable CR at 6 months" and "2 of 6 patients maintain a long-term CR at the 12-month scan and remain on the trial", thereby confirming investor fears that the CB-010 treatment lacked significant durability.

On this news, Caribou's stock price fell $0.81 per share, or 9.03%, to close at $8.16 per share on December 12, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

4/10/23, 1:01 PM

Case 3:23-cv-00609-VC    Document 1-2    Filed 04/11/23    Page 5 of 6

Pomerantz Law Firm Announces the Filing of a Class Action...



Class Action

# Recommended Reading

April 09, 2023 03:53 ET

Source:  Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of ZTO Express (Cayman) Inc. - ZTO**

NEW YORK, April 09, 2023 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of ZTO Express (Cayman) Inc. ("ZTO" or the "Company") (NYSE: ZTO). Such investors are...

April 09, 2023 03:50 ET

Source:  Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of HUB Cyber Security (Israel) Ltd. - HUBC**

NEW YORK, April 09, 2023 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of HUB Cyber Security (Israel) Ltd. ("HUB" or the "Company") (NASDAQ: HUBC). Such investors...

# Explore





[Memorial Hermann Health System Joins Existing Inve...](#)

April 10, 2023 12:44 ET

[MULTIMEDIA UPDATE - LED Grow Light Manufacturer FO...](#)

April 10, 2023 12:34 ET



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial

**Newswire Distribution Network & Management**

· [Home](#)        · [RSS Feeds](#)

· [Newsroom](#)        · [Legal](#)

Case 3:23-cv-00609-VC    Document 11-2    Filed 04/11/23    Page 6 of 6



NEWSROOM    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2023 GlobeNewswire, Inc. All Rights Reserved.