# Exhibit 3

**Caribou Biosciences, Inc. Loss Chart**
**Class Period: July 23, 2021 through December 9, 2022**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 10b Lookback Price | Section 11 Lookback Price | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 6.69 | 6.78 | |
| Bergman, Ron | 9/10/2021 | 1,830.00 | ($28.38) | ($51,935.40) | | | | | | | | | | |
| **10b Loss** | 9/13/2021 | 2,000.00 | ($27.14) | ($54,279.80) | | | | | | | | | | |
| | 9/17/2021 | 1,783.00 | ($25.12) | ($44,788.96) | | | | | | | | | | |
| | 9/20/2021 | 500.00 | ($23.68) | ($11,840.00) | | | | | | | | | | |
| | 10/7/2021 | 311.00 | ($22.51) | ($7,000.61) | | | | | | | | | | |
| | 10/13/2021 | 2,443.00 | ($20.92) | ($51,107.56) | | | | | | | | | | |
| | | 8,867.00 | | ($220,952.33) | | | | | 8,867.00 | $59,320.23 | ($161,632.10) | | | |
| | | | | | | | | | | | | | | |
| **Section 11 Loss** | 9/10/2021 | 1,830.00 | ($16.00) | ($29,280.00) | | | | | | | | | | |
| | 9/13/2021 | 2,000.00 | ($16.00) | ($32,000.00) | | | | | | | | | | |
| | 9/17/2021 | 1,783.00 | ($16.00) | ($28,528.00) | | | | | | | | | | |
| | 9/20/2021 | 500.00 | ($16.00) | ($8,000.00) | | | | | | | | | | |
| | 10/7/2021 | 311.00 | ($16.00) | ($4,976.00) | | | | | | | | | | |
| | 10/13/2021 | 2,443.00 | ($16.00) | ($39,088.00) | | | | | | | | | | |
| | | 8,867.00 | | ($141,872.00) | | | | | 8,867.00 | $60,118.26 | ($81,753.74) | | | |