**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email:  lrosen@rosenlegal.com

*Counsel for Plaintiff Ron Bergman*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG GREENHALGH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, and NATALIE R. SACKS,<br><br>Defendants. | Case No.: 3:23-cv-00609-VC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date Filed: February 10, 2023<br>Judge: Vince Chhabria |
| RON BERGMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, and NATALIE R. SACKS,<br><br>Defendants. | Case No. 4:23-cv- 01742-YGR<br><br>Dated Filed: April 11, 2023<br>Judge: Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Ron Bergman respectfully requests this Court deem the matters *Greenhalgh v. Caribou Biosciences, Inc., et al.,* Case No. 3:23-cv-00609-VC (N.D.Cal.) (the "*Greenhalgh* Action") and *Bergman v. Car, et al.,* Case No. 3:23-cv-01742-YGR (N.D.Cal.) (the "*Bergman* Action", collectively, the "Actions") related. As discussed below, the criteria for relation are met here. These actions concern substantially the same parties, substantially similar facts, and "it appears likely that there will be an unduly burdensome duplication of labor and expense" if these cases are tried separately. Therefore, relation is proper under Civ. Loc. R. 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Greenhalgh v. Caribou Biosciences, Inc., et al.* | 3:23-CV-00609-VC | 02/10/2023 |
| *Bergman v. Caribou Biosciences, Inc., et al.,* | 4:23-cv-01742-YGR | 04/11/2023 |

## LEGAL STANDARD

Pursuant to Civ. Loc. R. 3-12(a), actions are defined as related when: (1) they "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. Loc. R. 3-12(a).[1]

## ARGUMENT

Both criteria are met here. The *Greenhalgh* Action and the *Bergman* Action address many of the same transactions and contain similar and overlapping sets of facts as well as involve almost all of the same parties. Specifically, the Actions arise from the same allegedly false and misleading statements made by Caribou Biosciences, Inc. ("Caribou" or the "Company") and certain of its executives. In particular, the Actions allege that the Company's Offering Documents filed with the U.S. Securities and Exchange Commission in connection with its Initial Public Offering violated the Securities Act of 1933 as they were "materially false and misleading", specifically because they made false and/or misleading statements and/or failed to disclose that: (i) the Company's CB-010 treatment effect was not as durable as Defendants had led investors to believe; (ii) accordingly, CB-

---

[1] Although the *Greenhalgh* Action was voluntarily dismissed, pursuant to Civ. Loc. R. 3-12(b), this motion is brought as the *Bergman* Action is "related to an action which … *was* pending in this District." (emphasis added).

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED; 3:23-cv-00609-VC

010's clinical and commercial prospects were overstated; and (iii) as a result, the offering documents were materially false and/or misleading and failed to state information required to be stated therein.

The Actions also allege that the certain Defendants, including the Company, violated the Securities Exchange Act of 1934 by making false and/or misleading statements and/or failed to disclose that: (i) CB-010's treatment effect was not as durable as Defendants had led investors to believe; (ii) accordingly, CB-010's clinical and commercial prospects were overstated; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

Given the similarities between these cases and the fact that these cases were or are pending in this District, treating them as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Because the requirements of Civ. Loc. R. 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, No. C 03 05421 RMW, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

Pursuant to Civil Local Rules 7-11(a) and 7-12, submitted herewith is a stipulation whereby counsel for all parties in the Actions have agreed that the Actions should be related.

### <u>CONCLUSION</u>

For the above stated reasons, Plaintiff Bergman requests that pursuant to Civ. Loc. R. 3-12, the Court relate the *Greenhalgh* Action to the *Bergman* Action.

Dated: May 5, 2023                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**THE SCHALL LAW FIRM**
Brian Schall (290685)
Ivy T. Ngo (249860)
Rina Restaino (285415)
2049 Century Park East, Suite 2460

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; 3:23-cv-00609-VC

2

Los Angeles, CA 90067
Telephone: (310) 301-3335
Emails: brian@schallfirm.com
          ivy@schallfirm.com
          rina@schallfirm.com

*Counsel for Plaintiff Ron Bergman*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED; 3:23-cv-00609-VC

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.


*/s/ Laurence M. Rosen*
Laurence M. Rosen

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED; 3:23-cv-00609-VC

4