THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Ron Bergman*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG GREENHALGH, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, and NATALIE R. SACKS,<br><br>    Defendants. | Case No.: 3:23-cv-00609-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED**<br><br>Date Filed: February 10, 2023<br>Judge: Vince Chhabria |
| RON BERGMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CARIBOU BIOSCIENCES, INC., RACHEL E. HAURWITZ, JASON V. O'BYRNE, RYAN FISCHESSER, SCOTT BRAUNSTEIN, ANDREW GUGGENHIME, JEFFREY LONG-MCGIE, and NATALIE R. SACKS,<br><br>    Defendants. | Case No: 4:23-cv-01742-YGR<br><br>Dated Filed: April 11, 2023<br>Judge: Yvonne Gonzalez Rogers |

## STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED

WHEREAS, Plaintiff in the action entitled *Greenhalgh v. Caribou Biosciences, Inc, et al.,* Case No. 3:23-CV-00609-CV (the *"Greenhalgh* Action") filed his complaint on February 10, 2023;

WHEREAS, Plaintiff in the action entitled *Bergman v. Caribou Biosciences, Inc., et al.,* Case No. 4:23-cv-01742-YGR (the "*Bergman* Action") filed his complaint on April 11, 2023;

WHEREAS, Defendants in the *Greenhalgh* Action and *Bergman* Action as well as Plaintiff in the *Bergman* Action agree that the two above-referenced actions should be deemed "related" pursuant to Local Rule 3-12(a), as set forth in this stipulation because: (a) the above-captioned actions concern substantially the same defendants, property, transactions or events; and (b) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, that the Court order as follows:

1. The *Greenhalgh* Action and *Bergman* Action shall be deemed related because:

    a. the actions concern substantially the same parties, property, transaction or event; and

    b. it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

**IT IS SO STIPULATED.**

Dated: May 5, 2023

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Laurence M. Rosen*
   Laurence M. Rosen (SBN 219683)
   355 S. Grand Avenue, Suite 2450
   Los Angeles, CA 90071
   Telephone: (213) 785-2610
   Facsimile: (213) 226-4684
   Email: lrosen@rosenlegal.com

**GOODWIN PROCTER LLP**

By: */s/ Jonathan A. Shapiro*
   Jonathan A. Shapiro (SBN 257199)
   Goodwin Procter LLP
   Three Embarcadero Center
   San Francisco, CA 94111
   Tel: +1.415.733.6000
   Fax: +1.415.677.9041
   jshapiro@goodwinlaw.com

STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED
Case No.: 3:23-CV-00609-VC

**THE SCHALL LAW FIRM**
Brian Schall (290685)
Ivy T. Ngo (249860)                                *Counsel for Defendants*
Rina Restaino (285415)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com
ivy@schallfirm.com
rina@schallfirm.com

*Counsel for Plaintiff Ron Bergman*

### Attestation Pursuant to Local Rule 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 5, 2023                        /s/ Laurence M. Rosen
                                           Laurence M. Rosen

*           *           *

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____                          _____
                                           The Honorable Vince Chhabria
                                           United States District Judge

STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED
Case No.: 3:23-CV-00609-VC

3