UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG GREENHALGH,<br><br>    Plaintiff,<br><br>    v.<br><br>CARIBOU BIOSCIENCES, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-00609-VC<br><br>**ORDER DENYING MOTIONS TO RELATE AND CONSOLIDATE CASES**<br><br>Re: Dkt. Nos. 11, 13 |

    Bergman filed a motion to consolidate his case with Greenhalgh's. Subsequently, he filed a motion to relate his case to Greenhalgh's. However, before Bergman filed either of those motions, Greenhalgh voluntarily dismissed his lawsuit. Therefore, Bergman's motions make no sense, and they are denied.

    **IT IS SO ORDERED.**

Dated: May 9, 2023

VINCE CHHABRIA
United States District Judge